BWW#: VA-342424

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br>SARAH LYNNE WRIGHT<br>     Debtor<br>_____<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A<br>CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS<br>TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION<br>TRUST<br>     Movant<br>v.<br>SARAH LYNNE WRIGHT<br>     Debtor/Respondent<br>and<br>CARL M. BATES<br>     Trustee/Respondent | Case No. 17-36259-KRH<br><br>Chapter 13 |

___

### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (the "Movant") to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property located at 4918 Banbridge Court, Richmond, VA 23228 (the "Property") and is more particularly described as follows:

> ALL that certain lot, piece, or parcel of land with improvements thereon and appurtenances thereto belonging lying and being in Brookland District, Henrico County, Virginia, designated as Lot 28, Block A, Forest Green II of Shannon Green, Section 11, all as more particularly shown on plat of survey made by Bodie, Taylor & Puryear, Inc., dated March 7, 1985, recorded May 7, 1985, in the Clerk's Office, Circuit Court, Henrico County, Virginia, in Plat book 81, pages 32 and 33, and to which plat reference is hereby made for a more particular description.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the Property.

_____
Lauren S. Hunt, VSB# 92916
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (Phone)
*Counsel for the Movant*

Dec 23 2020

DONE at Richmond, Virginia, this _____ day of _____, 20___.

/s/ Kevin R Huennekens
_____
Bankruptcy Judge
U.S. Bankruptcy Court
Entered on Docket: ___Dec 29 2020_____

**I ASK FOR THIS:**

 /s/ Lauren S. Hunt
Lauren S. Hunt, VSB# 92916
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Counsel for the Movant*


Copy to:

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

James H Wilson, Jr., Esq.
4860 Cox Road, Suite 200
Glen Allen, VA 23060

Sarah Lynne Wright
4918 Banbridge Court
Richmond, VA 23228


**CERTIFICATION**

The undersigned certifies that:

1. The foregoing Order Granting Relief from Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2. The foregoing Order Granting Relief from Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

                                       */s/ Lauren S. Hunt*
                                       Lauren S. Hunt
                                       BWW Law Group, LLC
                                       *Counsel for the Movant*