**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sarah Lynne Wright** | Social Security number or ITIN  **xxx–xx–4223** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **17–36259–KRH**

# Discharge of Debtor                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sarah Lynne Wright

December 23, 2021                                       **For the court:**     William C. Redden
                                                                                       Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Sarah Lynne Wright  
    Debtor

Case No. 17-36259-KRH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: bullockn      Page 1 of 3  
Date Rcvd: Dec 23, 2021      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah Lynne Wright, 4918 Banbridge Court, Richmond, VA 23228-6314 |
| cr | + | DLJ Mortgage Capital, Inc., C/O Shapiro & Brown, LLP, 501 Independence Parkway, Suite 203, Chesapeake, VA 23320-5174 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, BWW Law Group, LLC, 8100 Three Chopt Rd, Suite 240, Richmond, VA 23229-4833 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 14246550 | | Bon Secours, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14177752 | + | DLJ Mortgage Capital, Inc., Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14177743 | ++ | FOCUSED RECOVERY SOLUTIONS, 9701 METROPOLITAN COURT, STE B, RICHMOND VA 23236-3690 address filed with court:, Focused Recovery Solutions, 9701-Metropolitan Ct, Ste B, Richmond, VA 23236-0000 |
| 14177744 | + | Horizon Fin, Attn: BSA & Fraud Dept, Po Box 800, Michigan City, IN 46361-0800 |
| 14177746 | #+ | Midwest Recovery Syste, Po Box 899, Florissant, MO 63032-0899 |
| 14204390 | | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14349876 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14396736 | + | Select Portfolio Svcing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14177754 | + | St. Mary's Hospital, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 14177755 | + | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPJBARRETT.COM | Dec 24 2021 04:13:00 | Peter J. Barrett, Kutak Rock LLP, 341 Dial 866-861-8980 Code: 8499852, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| cr | | Email/Text: bankruptcypgl@plaingreenloans.com | Dec 23 2021 23:11:00 | Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |
| 14177741 | + | EDI: CAPITALONE.COM | Dec 24 2021 04:13:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14177742 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2021 23:24:33 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14258000 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2021 23:24:38 | Henrico Doctors Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 14259964 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2021 23:24:38 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0422-7 | User: bullockn | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14177745 | + | EDI: TCISOLUTIONS.COM | Dec 24 2021 04:13:00 | Mid America Bk/total C, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14177747 | + | Email/Text: mmrgbk@miramedrg.com | Dec 23 2021 23:11:00 | Miramed Revenue Group, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 14177748 | + | EDI: NAVIENTFKASMSERV.COM | Dec 24 2021 04:13:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14249118 | | Email/Text: bankruptcypgl@plaingreenloans.com | Dec 23 2021 23:11:00 | Plain Green Loans, 93 Mack Road, Suite 600, Box Elder, MT 59521 |
| 14196797 | + | Email/Text: joey@rmscollect.com | Dec 23 2021 23:11:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 14177750 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Dec 23 2021 23:11:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 14177751 | | Email/Text: joey@rmscollect.com | Dec 23 2021 23:11:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235-0000 |
| 14177753 | + | EDI: SWCR.COM | Dec 24 2021 04:13:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14191540 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 23 2021 23:24:36 | US Department of Housing & Urban Development, US Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 15123204 | + | Email/Text: bkteam@selenefinance.com | Dec 23 2021 23:11:00 | Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| cr | *+ | Wilmington Savings Fund Society, FSB, d/b/a Christ, BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| 14346271 | * | DLJ Mortgage Capital, Inc., Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14177749 | ##+ | NPAS, Inc., PO Box 99008, Bedford, TX 76095-9108 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed

District/off: 0422-7 | User: bullockn | Page 3 of 3
Date Rcvd: Dec 23, 2021 | Form ID: 318 | Total Noticed: 30

below:

| Name | Email Address |
|---|---|
| James H. Wilson, Jr. | on behalf of Debtor Sarah Lynne Wright jameswilson29@gmail.com |
| Judy A. Robbins | USTPRegion04.RH.ECF@usdoj.gov |
| Malcolm Brooks Savage, III | on behalf of Creditor DLJ Mortgage Capital Inc. LOGSECF@logs.com |
| Mary F. Balthasar Lake | on behalf of Creditor DLJ Mortgage Capital Inc. LOGSECF@logs.com |
| Matthew Christopher Rawls | on behalf of Creditor DLJ Mortgage Capital Inc. matthew.rawls@bww-law.com, bankruptcy@bww-law.com |
| Matthew Christopher Rawls | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust matthew.rawls@bww-law.com, bankruptcy@bww-law.com |
| Matthew Christopher Rawls | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST matthew.rawls@bww-law.com, bankruptcy@bww-law.com |
| Peter J. Barrett | peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |

TOTAL: 8